Dismissed and Opinion filed February 13, 2003









Dismissed and Opinion filed February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00707-CV

____________

 

CLARISSA
GUAJARDO a/k/a CLARISSA GUAJARDO SHAW, Appellant

 

V.

 

TRACEY
D. CONWELL, CREOLE CONSTRUCTION CO., INC., HEIGHTS HOLDINGS, INC., SAM
GIANUKOS, and CHARLES MUSSELWHITE, Appellees

 



 

On Appeal from the 269th District Court

Harris
County, Texas

Trial
Court Cause No.  98-40989

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed April 19, 2002.

On February 6, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

 

Judgment rendered and Opinion
filed February 13, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.